1  RAMIRO MORALES (SBN 7101)
   DAVID A. ASTENGO (SBN 11045)
2  MORALES FIERRO & REEVES
   600 South Tonopah Drive, Suite 300
3  Las Vegas, NV 89106
4  Telephone:  (702) 699-7822
   Facsimile:  (702) 699-9455
5
   Attorneys for Plaintiff,
6  ASSURANCE COMPANY OF AMERICA

7  PAMELA A. MCKAY (SBN 7812)
   McKAY LAW FIRM, Chtd.
8  3295 N. Fort Apache Road, Suite 150
   Las Vegas, NV 89129
9  Phone: 702-835-6956
   Fax: 702- 835-6957
10
11 Attorneys for Defendant,
   MARKEL AMERICAN INSURANCE COMPANY
12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ASSURANCE COMPANY OF AMERICA, | CASE NO.:  2:13-CV-02134-JAD-CWH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MARKEL AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---

STIPULATION AND ORDER FOR DISMISSAL                    Case No.:  2:13-CV-02134-JAD-CWH

1. **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel of record, Ramiro Morales, Morales Fierro & Reeves, on behalf of plaintiff, ASSURANCE COMPANY OF AMERICA, and Pamela A. McKay, McKay Law Firm, Chtd., on behalf of defendant, MARKEL AMERICAN INSURANCE COMPANY, as follows:

1. That this action be dismissed, in its entirety, with prejudice, and with each party to bear their own attorney's fees and costs.

MORALES FIERRO & REEVES

DATED: APRIL 7, 2015       By:    */s/ Ramiro Morales*
RAMIRO MORALES (SBN 7101)
600 S. Tonopah Drive, 3rd Floor
Las Vegas, NV 89106
Attorneys for Plaintiff,
ASSURANCE COMPANY OF AMERICA

MCKAY LAW FIRM, CHTD.

DATED: APRIL 7, 2015       By:    */s/Pamela A. McKay*
PAMELA A. MCKAY (SBN 7812)
3295 N. Fort Apache Rd. #150
Las Vegas, NV 89129
Attorneys for Defendant,
MARKEL AMERICAN INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED.**  The Clerk of Court is instructed to close this case.

DATED: _April 7_____, 2015       _____
**UNITED STATES DISTRICT JUDGE**

STIPULATION AND ORDER FOR DISMISSAL                Case No.:  2:13-CV-02134-JAD-CWH